Doe, on the Demise of SHEETS, v. ROE, on Appeal.

THE lien of a judgment is not extinguished by the execution of a replevin-bond, but continues until the judgment is actually satisfied (1).

*Thursday,*
*November 13.*

(1) The statute now expressly enacts,—that "the entering of security by recognizance of record for the payment of any judgment, and the replevying of an execution in the hands of an officer, and the giving of a bond for the delivery of property on execution, shall neither nor all operate as a satisfaction of the original judgment, upon which such proceedings shall or may be had, so as to extinguish the lien created by such original judgment, upon the estate of any judgment-debtor." R. C. 1831, p. 243.